Leanna A. Loginov (NJ 289742022)
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Tel: (305) 479-2299

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HENGGAO CAI, GARY PENNA, DAVID RAMIREZ, individually, and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>   v.<br><br><br>PRINCETON UNIVERSITY,<br><br>       Defendant. | Case No. 3:25-cv-17654-RK-RLS |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, David Ramirez, Henggao Cai, and Gary Pena, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiffs, David Ramirez, Henggao Cai, and Gary Pena, individually are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

                              Respectfully Submitted,

                              */s/ Leanna Loginov*
                              Leanna Loginov, Esq. (NJ 389742022)
                              **SHAMIS & GENTILE, P.A.**

        lloginov@shamisgentile.com
        14 NE 1st Avenue, Suite 705
        Miami, Florida 33132
        Telephone: 305-479-2299

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 12, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

        Respectfully submitted,

        _____
        */s/ Leanna Loginov*
        Leanna Loginov