Leanna A. Loginov (NJ 289742022)
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Tel: (305) 479-2299

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

HENGGAO CAI, GARY PENNA,
DAVID RAMIREZ, individually, and
on behalf of all others similarly
situated,

        Plaintiffs,

    v.

Case No. 3:25-cv-17654-RK-RLS

PRINCETON UNIVERSITY,

        Defendant.

---

### <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Plaintiffs, David Ramirez, Henggao Cai, and Gary Pena, pursuant to Federal

Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiffs, David Ramirez, Henggao Cai, and Gary Pena,
   individually are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed
   without prejudice.

Respectfully Submitted,

**SO ORDERED**

_/s/ Leanna Loginov_
Leanna Loginov, Esq. (NJ 389742022)
**SHAMIS & GENTILE, P.A.**

Robert Kirsch, U.S.D.J.
Date: 2/17/26